# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **Civil Action No. 4:25-CV-00492-O** |
| **ALLISON CHARLES,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## APPENDIX IN SUPPORT OF DEFENDANT ALLISON CHARLES' MOTION TO DISMISS AND BRIEF IN SUPPORT

| DOCUMENT | PAGES |
|---|---|
| 2025-05-27 Declaration of Allison Charles in Support of Motion to Dismiss | APPX_001 – APPX_002 |

1

DATED: May 27, 2025                    Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Julie M. Christensen*
Jamil N. Alibhai
Texas Bar No. 00793248
Julie M. Christensen
Texas Bar No. 24105601
500 N. Akard, Suite 4000
Dallas, Texas  75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)
jalibhai@munsch.com
jchristensen@munsch.com


**QUARLES & BRADY LLP**
Sargina M. Desargones (*pro hac vice forth coming*)
State Bar No. 036640
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2322
(602) 229-5252
sargina.desargones@quarles.com

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 27, 2025, a true and correct copy of the foregoing

document was served on all counsel of record via the Court's electronic filing system.

*/s/ Julie M. Christensen*
Julie M. Christensen

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **ALLISON CHARLES,** | § | Civil Action No. 4:25-CV-00492-O |
| | § | |
| *Defendant.* | § | |
| | § | |

## DECLARATION OF ALLISON CHARLES

| | |
|---|---|
| STATE OF ARIZONA | § |
| | § |
| Maricopa County | § |

Before me, the undersigned authority, personally appeared Allison Charles, upon being duly sworn, did attest to the following:

1.      My name is Allison Charles. I am the sole member of ACharles Consult, LLC, an Arizona limited liability company ("ACharles"), and I am the named defendant in the above-captioned case. I am submitting this declaration in support of the *Motion to Dismiss and Brief in Support* (the "Motion") filed concurrently herewith.[1] Unless otherwise stated, I have personal knowledge of all facts set forth in this declaration and I would testify to these facts competently if called upon to do so.

2.      I am a nurse practitioner licensed to, and actually practicing, in the State of Arizona.

3.      I am a resident of the State of Arizona. I do not currently reside, nor have I ever resided, in the State of Texas.  I operate a mobile wound care clinic specializing in the treatment of patients with severe or non-healing wounds, including elderly individuals and those with

---

[1] Capitalized terms used but otherwise undefined herein shall have the meanings given to them in the Motion.

**DECLARATION OF ALLISON CHARLES**                                                    **1**

**APPX_001**

autoimmune conditions.

4.      I only conduct business in Arizona.

5.      I executed the Agreement electronically in the State of Arizona, and I received the Products in Arizona.

6.      Neither ACharles nor I entered the State of Texas to receive the Products or administered the Products in Texas. I received the products in Arizona.

7.      Neither ACharles nor I operate, practice, or advertise in the State of Texas or maintain a place of business in the State of Texas.

8.      Neither ACharles nor I have any agents, employees, or representatives in the State of Texas.

9.      Neither ACharles nor I are required to maintain a registered agent for service in the State of Texas.

10.     Neither ACharles nor I have any property (real or personal), bank accounts, post office boxes, tax obligations, phone listings, or mailing addresses in the State of Texas.

11.     Neither ACharles nor I have made any representations or misrepresentations, or directed any communications, to the State of Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   May 27, 2025

By: _____

Allison Charles