# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:25-cv-00492-O |
| **ALLISON CHARLES,** | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Legacy Medical Consultants, LP, and Defendant Allison Charles (collectively the "Parties"), by and through undersigned counsel hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The Parties also withdraw and terminate all pending motions submitted in this action.

Dated: November 12, 2025

| | |
|---|---|
| **BLANK ROME, LLP** | **MUNSCH HARDT KOPF & HARR, P.C.** |
| */s/ Audrey F. Momanaee* | */s/ Jamil N. Alibhai* |
| Audrey F. Momanaee | Jamil N. Alibhai |
| State Bar No. 24055993 | Texas Bar No. 00793248 |
| Fed Bar No. 724132 | Fed Bar No. 24151 |
| Christopher McNeill (local counsel) | Julie M. Christensen |
| State Bar No. 24032852 | Texas Bar No. 24105601 |
| Gregory J. Moore (*pro hac vice*) | Fed. Bar No. 3422216 |
| State Bar No. 24055999 | 500 N. Akard, Suite 4000 |
| 200 Crescent Ct #1000 | Dallas, Texas 75201 |
| Dallas, TX 75201 | (214) 855-7500 |
| 717 Texas Ave, Suite 1400 | jalibhai@munsch.com |
| Houston, TX 77002 | jchristensen@munsch.com |
| (713) 623-8613 | |
| audrey.momanaee@blankrome.com | |
| chris.mcneill@blankrome.com | |
| greg.moore@blankrome.com | |

**ATTORNEYS FOR LEGACY MEDICAL CONSULTANTS, LP**

**QUARLES & BRADY LLP**
*/s/ Sargina M. Desargones*
Sargina M. Desargones (*pro hac vice*)
State Bar No. 036640
Fed. Bar No. 036640
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix AZ 85004
(602) 229-5252
sargina.desargones@quarles.com

**ATTORNEYS FOR DEFENDANT ALLISON CHARLES**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 12th day of November, 2025.

                                                  */s/ Audrey F. Momanaee*
                                                  Audrey F. Momanaee